```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X    Chapter 7

IN RE:                                  Case No.
                                        09-22949 (RDD)
COMPTON AND EVE MADDUX,

    Debtor.

-----------------------------------X
```

TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

TO: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN
    DISTRICT OF NEW YORK:

JEFFREY L. SAPIR, trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

1. Roundup Funding
   2101 4th Ave., Suite 900
   Seattle, Wa. 98121                               $ 24.02

2. Roundup Funding
   Same Address                                     $  7.98

3. Innovative Merchant Solutions
   21215 Burbank Blvd. #100
   Woodland Hills, Ca. 91367                        $  4.14

A check to your order in the sum of $36.14 is enclosed representing the total of the aforesaid unclaimed dividend(s).

                            Respectfully submitted,

                            /s/ JEFFREY L. SAPIR
                               Jeffrey L. Sapir